UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Maria Collins, | : |
| Plaintiff, | : |
| v. | : |
| Diversified Collection Services, Inc.; and DOES 1-10, inclusive, | : Civil Action No.: 1:12-cv-11782-MLW |
| Defendants. | : |

**STIPULATION OF DISMISSAL**

WHEREAS, the parties to the above-entitled action have resolved the issues alleged in the complaint in this action, and have negotiated in good faith for that purpose; and

WHEREAS, none of the parties to the above-captioned action is an infant or incompetent person; and

WHEREAS, the parties in the above-captioned action wish to discontinue the litigation;

IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective counsel as follows that, pursuant to FRCP 41(a)(1)(A)(ii), the above-captioned action is hereby dismissed against Diversified Collection Services, Inc. aka Performant Recovery, Inc. and Does 1-10, inclusive, with prejudice and without costs to any party waiving rights of appeal.

| Maria Collins | Diversified Collection Services, Inc. |
|---|---|
| ___/s/ Sergei Lemberg_____ | /s/ Andrew M. Schneiderman |
| | Ranen S. Schechner, BBO #655641 |
| Sergei Lemberg, Esq. | Andrew M. Schneiderman, BBO #666252 |
| BBO No.: 650671 | Hinshaw & Culbertson LLP |
| LEMBERG & ASSOCIATES | 28 State Street 24th Floor |
| 1100 Summer Street, 3rd Floor | Boston, MA 02109-1775 |
| Stamford, CT 06905 | 617-213-7000 |

2

(203) 653-2250                                    Attorney for Defendant
Attorney for Plaintiff

_____
SO ORDERED

## **CERTIFICATE OF SERVICE**

      I hereby certify that on July 25, 2013, a true and correct copy of the foregoing Stipulation of Dismissal was served electronically by the U.S. District Court for the District of Massachusetts Electronic Document Filing System (ECF), which sent notice of such filing to the following:

Ranen S. Schechner
Andrew M. Schneiderman
Hinshaw & Culbertson LLP
28 State Street 24th Floor
Boston, MA 02109-1775

                                         By /s/ Sergei Lemberg
                                              Sergei Lemberg